UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00591-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DOMINGO ALMAREZ-TELLEZ, a/k/a Manuel Perez,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, January 6, 2011** and responses to these motions shall be filed by **Thursday, January 13, 2011.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 7, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: December 7, 2010

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge