UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00591-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DOMINGO ALMAREZ-TELLEZ, a/k/a Manuel Perez,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 11, 2011. Accordingly, the jury trial set for February 7, 2011 is **VACATED.**  A Change of Plea hearing is set for **Friday, March 18, 2011 at 2:30 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  January 12, 2011